IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**STATE FARM MUTUAL AUTOMOBILE**
**INSURANCE COMPANY**                                               **PLAINTIFF**

v.                     Case No. 5:19-cv-00001-KGB

**ELSA ALVARADO, as Special**
**Administratrix of the Estate of Reynaldo**
**Leon Dominguez, deceased,** *et al.*                             **DEFENDANT**

## ORDER

Counsel for plaintiff State Farm Mutual Automobile Insurance Company ("State Farm") sent to the Court a letter with a proposed order of dismissal with prejudice. Attached to the correspondence with the Court is an executed settlement agreement and release signed by all counsel. For good cause shown, the Court dismisses this action with prejudice.

It is so ordered this 24th day of June, 2019.

                                                                    Kristine G. Baker
                                                                    United States District Judge